UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                               ) CASE NO. MJ 12-536
    Plaintiff, )
                                               )
    v. )
                                               ) DETENTION ORDER
DEWAYNE D. WILLIAMS, )
                                             )
    Defendant. )
                                             )

<u>Offense charged</u>:     Supervised Release Violation

<u>Date of Detention Hearing</u>:     October 15, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant is in custody pursuant to a warrant from the Central District of

California, Case No. ED12-0068 VAP, alleging violation of the conditions of supervised release. Defendant has waived his right to an identity hearing in this District.

2. The case for which defendant is being supervised arose from the Middle District of Louisiana, involving a charge of Armed Bank Robbery. It was transferred to the Central District of California for supervision and jurisdiction. Defendant's probation officer alleges that defendant absconded from supervision by moving to the State of Washington without permission.

3. Defendant poses a risk of nonappearance due to the nature of the alleged violation of supervision, and risk of danger due to criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community. However, if this case were transferred to this District for jurisdiction and supervision, the Court would reconsider the detention order.

It is therefore ORDERED:

1. Defendant shall be detained pending transfer and committed to the custody of the Attorney General for confinement. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

2. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

3. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

01 for the defendant, to the United States Marshal, and to the United State Pretrial Services
02 Officer.

03 DATED this 15th day of October, 2012.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3